IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:24CR3064 |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION FOR VARIANCE |
| ) | |
| LUCAS A. WACKER, ) | |
| ) | |
| Defendant. ) | |

Lucas Wacker, by and through Jessica L. Milburn, files his Motion for Variance from his advisory sentencing guideline range, pursuant to 18 U.S.C.A. § 3553(a). In support of this motion, Mr. Wacker files a brief simultaneously as this motion.

Dated this 27th day of February, 2025.

                                         LUCAS A. WACKER, Defendant

                                         By:/s/ _Jessica L. Milburn_
                                              Jessica L. Milburn
                                              Assistant Federal Public Defender
                                              112 Federal Building
                                              Lincoln, Nebraska 65808
                                              402-221-7820
                                              Attorney for Defendant